IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA BARQUIS, et al., | No. C-96-0878 CAL |
| Plaintiffs, | **ORDER DENYING IN PART AND DEFERRING IN PART RULING ON EX PARTE PETITION FOR WITHDRAWAL OF FUNDS FROM BLOCKED ACCOUNT; AFFORDING PETITIONER OPPORTUNITY TO SUPPLEMENT EX PARTE PETITION** |
| v. | |
| CITY OF HAYWARD, et al., | |
| Defendants | |

Before the Court is petitioner Francisca Ramirez's "Ex Parte Petition for Withdrawal of Funds from Blocked Account of Ruben Gonzales," filed December 13, 2006.

Petitioner, as guardian at litem for minor Ruben Gonzales, seeks an order withdrawing all funds from a blocked trust account to cover both current and expected future expenses associated with the above-referenced minor's high school education.

Having reviewed the petition, the Court finds petitioner has failed to show good cause exists to withdraw, at this time, all funds in the blocked account. Accordingly, to the extent the petition seeks to withdraw all funds, the petition is hereby DENIED.

To the extent petitioner seeks, in the alternative, an order allowing petitioner to withdraw $10,000 to cover the current year's tuition, book fees, and uniform costs,[1]

---

[1] This alternative request is contained in one of the two declarations submitted by petitioner in support of the petition.

petitioner has not provided sufficient information to warrant the Court's approval of such request.  Petitioner will be afforded an opportunity to file, no later than January 19, 2007, a supplemental declaration clarifying the basis for petitioner's alternative request, and, accordingly, the Court will defer ruling on such request pending submission of petitioner's supplemental declaration.

In her supplemental declaration, petitioner should, at a minimum, include the following information: (1) the portion, if any, of the current year's tuition, book fees, and uniform costs that remains unpaid; (2) petitioner's current employment status and sources of income; (3) how petitioner previously had been able to pay for the expenses of the minor's private education, and how those circumstances have changed; and (4) how petitioner anticipates paying for the fourth year of the minor's high school education.

**IT IS SO ORDERED.**

Dated: December 19, 2006

MAXINE M. CHESNEY
United States District Judge